# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| Taylor Limb-Reynolds, | : |
| | : Civil Action No.: 4:17-cv-2191-RLW |
| Plaintiff, | : |
| v. | : |
| Key 2 Recovery, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: October 27, 2017

                                                       Respectfully submitted,

                                                       By   */s/ Sergei Lemberg*

                                                       Sergei Lemberg, Esq.
                                                       LEMBERG LAW, L.L.C.
                                                       43 Danbury Road, 3rd Floor
                                                       Wilton, CT 06897
                                                       Telephone: (203) 653-2250
                                                       Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

   I hereby certify that on October 27, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Missouri Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By  */s/ Sergei Lemberg*
              Sergei Lemberg, Esq.