## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

|  |  |
|---|---|
| Taylor Limb-Reynolds, | : |
| | : |
| | :   Civil Action No.:  4:17-cv-2191-RLW |
| Plaintiff, | : |
| v. | : |
| | : |
| Key 2 Recovery, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| | : |
| Defendant. | : |
| | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Taylor Limb-Reynolds ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: December 21, 2017

Respectfully submitted,

By: */s/ Sergei Lemberg*
Sergei Lemberg, Esq.
LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
Attorneys for Plaintiff

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 21, 2017, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Missouri Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By */s/ Sergei Lemberg*
Sergei Lemberg, Esq.